IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| ABBOTT LABORATORIES, INC., | * |
| Plaintiff, | * |
| v. | * CV 121-046 |
| JULIA P. WILLIAMS, | * |
| Defendant. | * |

O R D E R

Before the Court is the Plaintiff's dismissal with prejudice. (Doc. 23.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court **DISMISSES WITH PREJUDICE** all of Plaintiff's claims. The Clerk **SHALL TERMINATE** all deadlines and motions in this matter and **CLOSE** the case.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of April, 2023.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA